No. 4977.—Marques & Co., S. en C., aplda., *v.* Villlafañe et al., apltes.—C. D. Arecibo. ▮ Junio 4, 1929. Vista la moción para desestimar de la parte apelada, y el documento acompañado, se declara con lugar dicha moción y se desestima el recurso por falta de prosecución.

No. 4930.—The Manufacturers Life Insurance Co., aplda., *v.* Irizarry et al., apltes.—C. D. Ponce. ▮ ▮ Junio 4, 1920.

Por cuanto, contra una resolución dictada por la Corte de Distrito de Ponce en 26 de octubre de 1926, aprobando un memorándum de costas, desembolsos y honorarios de abogado, apelaron los demandados en este caso, radicando su escrito en 4 de noviembre de 1926; y presentado en 26 de los mismos mes y año la transcripción de la evidencia, cuya aprobación denegó el juez por no estar completa, concediendo a la apelante varias prórrogas, de las que la última expiró en 20 de febrero de 1927, sin que se radicara la transcripción, ni exposición del caso.

Por cuanto, la parte apelada, en 19 de marzo de 1929 ha pedido que desestimemos esta apelación y la apelante, en 8 de abril siguiente ha presentado su oposición, fundándose en que Lorenzo Irizarry, uno de los demandados, falleció en Peñuelas, en fecha posterior a la de la sentencia en el caso, y su sucesión no ha sido notificada de la moción para desestimar; y alegando que se presentó la transcripción de evidencia, que acompaña, y que no ha sido aprobada por el juez, que entiende que debe completarse con un récord que se halla archivado en este tribunal, y que el juez no ha actuado y no ha señalado fecha para la aprobación;

Por cuanto, no aparece que de la moción de desestimación haya sido notificada la sucesión de Lorenzo Irizarry,

Por tanto, no ha lugar, por ahora, a desestimar la apelación.